UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jerry D. Marsh                                        Docket No. 5:14-CR-36-2D

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerry D. Marsh, who, upon an earlier plea of guilty to 18 U.S.C. § 371, Conspiracy to Make, Pass, and Deal in Counterfeit U.S. Currency, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on September 18, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jerry D. Marsh was released from custody on May 06, 2016, at which time the term of supervised release commenced.

On August 22, 2017, the defendant tested positive for Cocaine. The defendant was confronted with the positive test result and acknowledged the validity of the urinalysis, and agreed to complete an intermittent confinement sanction accordance with the DROPS Program. The two day confinement was served from October 28, 2017 to October 29, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 9, 2018, the defendant submitted a urine sample that subsequently tested positive for cocaine. When confronted with the positive test result, the defendant denied knowingly ingesting cocaine, but admitted to the validity of the test. The defendant has been verbally reprimanded for this behavior, and he has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Due to a lack of available local facilities to accommodate jail placement, we are respectfully requesting that the court remove the previously ordered DROPS sanction, and impose a sanction of 24 hours community service.

**PRAYING THAT THE COURT WILL ORDER** that the supervised release conditions be modified as follows:

1. The previously court ordered DROPS sanction is hereby removed.

2. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing is
                                                 true and correct.

/s/ Eddie J. Smith                               /s/ John Seth Coleman
Eddie J. Smith                                   John Seth Coleman
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 150 Rowan Street Suite 110
                                                 Fayetteville, NC 28301
                                                 Phone: 910-354-2545
                                                 Executed On: July 24, 2018

Jerry D. Marsh
Docket No. 5:14-CR-36-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___31___ day of ___July___, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge